UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FRY,<br><br>        Plaintiffs,<br><br>   v.<br><br>R&L CARRIERS SHARED SERVICES, LLC,<br><br>        Defendants. | Case No. 21-cv-10083-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

EARLY SETTLEMENT CONFERENCE:  6/21/2022

FURTHER CASE MANAGEMENT: 7/8/2022 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  7/29/2022

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 12/16/2022.

DESIGNATION OF EXPERTS: 2/17/2023; REBUTTAL: 3/10/2023;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 3/31/2023.

DISPOSITIVE MOTIONS **SHALL** be filed by; 4/7/2023;
    Opp. Due: 4/21/2023; Reply Due: 4/28/2023;
    and set for hearing no later than 5/12/2023 at 10:00 AM.

PRETRIAL PAPERWORK:  5/30/2023;
PRETRIAL CONFERENCE DATE: 6/13/2023 at 3:30 PM.

JURY TRIAL DATE: 6/26/2023 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: April 22, 2022

_____
SUSAN ILLSTON
United States District Judge