UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FRY, <br><br>           Plaintiff, <br><br>       v. <br><br> R&L CARRIERS SHARED SERVICES, LLC, <br><br>           Defendant. | Case No. 21-cv-10083-SI <br><br> **ORDER RE: FRCP 7.1 DISCLOSURE** |

Defendant R&L Carriers Shared Services LLC removed this action based on diversity of citizenship pursuant to 28 U.S.C. § 1332(a).  The notice of removal states that R&L is incorporated in Ohio, with its principal place of business in Ohio.  Notice of Removal ¶¶ 9-10.

However, for purposes of diversity jurisdiction, a limited liability company ("LLC") is a citizen of every state of which its members are citizens. *Johnson v. Columbia Props. Anchorage, LP*, 437 F. 3d 894, 899 (9th Cir. 2006) (holding that, like a partnership, an LLC is a citizen of every state of which its owners/members are citizens).  The notice of removal does not state the identity or citizenship of R&L's members.

The Court directs R&L to file a disclosure pursuant to Federal Rule of Civil Procedure 7.1 identifying all of its members and their citizenship no later than **March 20, 2023.**

**IT IS SO ORDERED**.

Dated: March 14, 2023

_____
SUSAN ILLSTON
United States District Judge