1  Devin Coyle (SBN 267194)
      devin@coylebrownelaw.com
2  David Browne (SBN 261345)
      david@coylebrownelaw.com
3  Stephanie Baker (SBN 329950)
      stephanie@coylebrownelaw.com
4  COYLE BROWNE LAW
   1999 Harrison Street, Suite 1800
5  Oakland, CA 94612-4700
   Tel: 510-584-9020 / Fax: 510-584-9039
6

7  *Attorneys for Plaintiff*
   KEVIN FRY
8
   Cheryl L. Schreck (SBN 130083)
9  E-Mail: cschreck@fisherphillips.com
   FISHER & PHILLIPS LLP
10 444 South Flower Street, Suite 1500
   Los Angeles, California 90071
11 Telephone: (213) 330-4500
   Facsimile: (213) 330-4501
12
   *Attorneys for Defendant*
13 R&L CARRIERS SHARED SERVICES, L.L.C.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KEVIN FRY<br><br>    Plaintiff,<br><br>    v.<br><br>R&L CARRIERS SHARED SERVICES, L.L.C., and DOES 1-50,<br><br>    Defendants. | Case No. 21-cv-10083-SI<br><br>Stipulation and [Proposed] Order re Dismissal of Entire Action with Prejudice<br><br>Case Filed:  September 29, 2021<br>Trial Date:  June 26, 2023 |

1

STIPULATION AND [PROPOSED] ORDER re DISMISSAL; 21-cv-10083-SI

1   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)-(B), Plaintiff
2   KEVIN FRY and Defendant R&L CARRIERS SHARED SERVICES, L.L.C,
3   by and through their counsel of record, hereby submit this Stipulation and
4   [Proposed] Order regarding Dismissal of Entire Action with Prejudice, including
5   as to all claims by Plaintiff against each and every defendant in the Action. Each
6   party shall bear its own fees and costs.

COYLE BROWNE LAW

Dated: April 24, 2023        */s/ Devin Coyle*
                             Devin Coyle (SBN 267194)
                             Attorneys for Plaintiff
                             KEVIN FRY


FISHER & PHILLIPS LLP

Dated: April 24, 2023        */s/ Cheryl L. Schreck*
                             Cheryl L. Schreck (SBN 130083)
                             Attorneys for Defendant
                             R&L CARRIERS SHARED SERVICES, L.L.C.


ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Devin Coyle, am the ECF user whose identification and password are being used to file the foregoing. I hereby attest that the above-referenced signatories to this document have concurred in this filing.

Dated:     April 24, 2023     */s/ Devin Coyle*
                              Devin Coyle

# [PROPOSED] ORDER

The Court having considered the parties' Stipulation for Dismissal of Entire Action with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)-(B), filed on April 24, 2023, and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. The above-captioned case is dismissed in its entirety with prejudice.
2. Each party shall bear its own fees and costs.

Dated: April 25, 2023

Hon. Susan Illston
Senior District Judge